Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES K. MORRIS, an individual;<br><br>                Plaintiff<br><br>v.<br><br>FAIR COLLECTIONS & OUTSOURCING, INC., a foreign corporation; INVITATION HOMES REALTY LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>                Defendants | Case No.: 2:22-cv-01987-CDS-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

  Plaintiff, James K. Morris ("Plaintiff"), and Defendant, Equifax Information Services, LLC ("Equifax") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

  Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

under FRCP 41(a) as to Equifax, with Plaintiff and Equifax bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: February 9, 2023

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: February 9, 2023

**CLARK HILL PLLC**

*/s/ Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 9, 2023