AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

James K. Morris,

           Plaintiff,

v.

Fair Collections & Outsourcing, Inc., et al.,

           Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01987-CDS-VCF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiff and against Defendant Invitation Homes or $250,000.00 in emotional distress damages, $15,000.00 for the return of his vehicle down payment, $3,500.00 for double his security deposit under NRS 118A.242(6), and $600.00 for the loss of personal property at the residence, for a total judgment of $269,100.00.

| | |
|---|---|
| 4/21/2023 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ E. Smith |
| | Deputy Clerk |