Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Gary C. Milne, Esq.
Nevada Bar No. 3653
gmilne@gerrard-cox.com
**GERRARD COX LARSEN**
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada 89074
Phone: (702) 796-4000
Fax: (702) 796-4848
*Attorneys for Defendant, Invitation Homes Realty, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES K. MORRIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FAIR COLLECTIONS & OUTSOURCING, INC.; INVITATION HOMES REALTY, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>　　　　Defendants. | Case No.   2:22-cv-01987-CDS-VCF<br><br>**STIPULATION TO AMEND COMPLAINT** |

　　　　Plaintiff, JAMES K. MORRIS, by and through counsel, Kevin L. Hernandez, Esq. of the law firm, Law Office of Kevin L. Hernandez, and Defendant, INVITATION HOMES REALTY, LLC, by and through Douglas D. Gerrard, Esq. of the law firm, Gerrard Cox Larsen, hereby stipulate and agree that:

　　　　1.　　2018-1 IH Borrower LP ("Landlord"), named as such in that certain Rental Agreement entered into on April 22, 2019 ("Agreement"), with Plaintiff, James Morris, is a required party in this matter as described in FRCP 19(a)(1);

　　　　2.　　THR Property Management L.P. ("Management"), identified in the Agreement as "Property Manager", is also a required party in this matter as described in FRCP 19(a)(1);

　　　　3.　　As such, Plaintiff shall be allowed to file a First Amended Complaint, naming 2018-1 IH Borrower LP and THR Property Management L.P. as party defendants;

    4.      Plaintiff shall file an Amended Complaint within 14 judicial days, as computed by FRCP 6, after the Notice of Entry of an Order granting this Stipulation;

    5.      This Court's Order Granting Motion to Set Aside Default Judgment (Doc. 35), which requires Invitation Homes Realty, LLC to file a response to Plaintiff's original Complaint no later than June 28, 2023, is extended 14 days, running from the filing of Plaintiff's Amended Complaint;

    6.      The Landlord's and Management's response to Plaintiff's Amended Complaint will be filed simultaneous with Invitation Homes Realty, LLC's response, as described in the preceding paragraph; and

    7.      Nothing in this Stipulation is intended to, or will, be construed as an admission or waiver of the claims and/or defenses of the parties.

Dated this 28th day of June, 2023.

**LAW OFFICE OF KEVIN L. HERNANDEZ**

/s/ Kevin L. Hernandez, Esq.
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
kevin@kevinhernandezlaw.com
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
Phone: (702)563-4450
Fax: (702)552-0408
*Attorneys for Plaintiff,*
*James K. Morris*

Dated this 28th day of June, 2023.

**GERRARD COX LARSEN**

/s/ Douglas D. Gerrard, Esq.
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Gary C. Milne, Esq.
Nevada Bar No. 3653
gmilne@gerrard-cox.com
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada  89074
Phone: (702) 796-4000
Fax: (702) 796-4848
*Attorneys for Defendant,*
*Invitation Homes Realty, LLC*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   6-30-2023

2

**Gary Milne**

| | |
|---|---|
| **From:** | Kevin Hernandez <Kevin@kevinhernandezlaw.com> |
| **Sent:** | Wednesday, June 28, 2023 2:59 PM |
| **To:** | Gary Milne |
| **Subject:** | RE: morris v. invitation homes |

Good to go. Thanks.

Kevin L. Hernandez, Esq.
Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
P: (702) 563-4450
F: (702) 552-0408
www.kevinhernandezlaw.com



*Licensed in Nevada and California

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Gary Milne <GMilne@gerrard-cox.com>
**Sent:** Wednesday, June 28, 2023 2:37 PM
**To:** Kevin Hernandez <Kevin@kevinhernandezlaw.com>
**Subject:** RE: morris v. invitation homes

CAUTION: This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Names revised. Split the difference in paragraphs 4 and 5 to 14 days in each.

Ok to add e-signature?