Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
***Attorney for James K. Morris***

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES K. MORRIS, an individual<br><br>Plaintiff<br><br>v.<br><br>INVITATION HOMES, INC., a foreign corporation; INVITATION HOMES REALTY, LLC; a foreign limited-liability company; 2018-1 IH BORROWER, LP, a foreign limited partnership; THR PROPERTY MANAGEMENT, LP, a foreign limited partnership;<br><br>Defendants | Case No.: 2:22-cv-01987-CDS-DJA<br><br>**STIPULATION DISMISSING CLAIMS AND COUNTERCLAIM WITH PREJUDICE** |
| 2018-1 IH BORROWER, LP, a foreign limited partnership,<br><br>Counterclaimant<br><br>v.<br><br>JAMES K. MORRIS, an individual,<br><br>Counterdefendant | |

Plaintiff/Counterdefendant, James K. Morris ("Plaintiff") and Defendants/Counterclaimant, Invitation Homes, Inc., Invitation Homes Realty, LLC, 2018-1 IH Borrower, LP, and THR Property Management, LP ("Defendants") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of all claims and counterclaims alleged in this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

| Dated: May 9, 2024 | Dated: May 9, 2024 |
|---|---|
| **LAW OFFICE OF**<br>**KEVIN L. HERNANDEZ** | **GERRARD COX LARSEN** |
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br>kevin@kevinhernandezlaw.com<br>**Attorney for James K. Morris** | */s/ Douglas D. Gerrard*<br>Douglas D. Gerrard, Esq.<br>Nevada Bar No. 4613<br>Gary C. Milne, Esq.<br>Nevada Bar No. 3653<br>2450 Saint Rose Parkway, Suite 200<br>Henderson, Nevada 89074<br>dgerrard@gerrard-cox.com<br>gmilne@gerrard-cox.com<br>**Attorneys for Defendants** |

Based on the parties' stipulation, this case is dismissed with prejudice. The Clerk of Court is kindly instructed to close this case

_____
UNITED STATES DISTRICT JUDGE

DATED:  May 10, 2024